**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 25-90028

Non-Argument Calendar

————————————

DAVID MICHAEL SNYDER,

*Petitioner,*

*versus*

LARRY S. HYMAN,

*Respondent.*

————————————

Petition for Permission to Appeal from the
United States Bankruptcy Court for the
Middle District of Florida
D.C. Docket No. 8:21-bk-03694-CPM

————————————

Before NEWSOM, GRANT, and ABUDU, Circuit Judges.

PER CURIAM:

David Michael Snyder, pro se, filed a petition for permission to appeal several bankruptcy court orders directly to us. We may

directly review a bankruptcy court order only if the bankruptcy court, the district court, a bankruptcy appellate panel, or the parties acting jointly certify that the order meets certain statutory requirements.   28 U.S.C. § 158(d)(2).   The bankruptcy court declined to certify the orders, and neither a bankruptcy appellate panel, the parties, nor the district court certified the orders for which Snyder seeks permission to appeal.

Accordingly, we DENY Snyder's petition for lack of jurisdiction.  All pending motions are DENIED as moot.